# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEAN C. BOYD**                                                                                           **PLAINTIFF**

**v.**                                                                                       **No. 4:21CV135-GHD-RP**

**DENISHA JENKINS, ET AL.**                                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendants' motion for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies. In light of this ruling, the plaintiff's requests [27], [37], [39] for a jury trial, his motion [30] for default judgment, and motion [33] to correct defendant's name are **DISMISSED** as moot. Attorney Eakins' motion [40] to withdraw as counsel is **GRANTED**. This case is **CLOSED**.

**SO ORDERED**, this, the 3rd day of April, 2023.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE